## JOHN J. ANZER *v.* ELIZABETH SAALBACH
[No. 71, October Term, 1938.]

*Decided January 11th, 1939.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, and JOHNSON, JJ.

*Benjamin Kann,* for the appellant.

*Leonard L. Eisenberg,* for the appellee.

SLOAN, J., delivered the opinion of the Court.